**VAN–117** Hearing Conference Worksheet – Rev. 07/10/2018

Date:_____  Time: _____  Place: _____
Date:_____  Time: _____  Place: _____
Date:_____  Time: _____  Place: _____

IN RE:
Ginger Judge Tew
1879 White Lake Drive
PMB 7261
Elizabethtown, NC 28337

**Wilmington Division**

CASE NO.: 19–02511–5–SWH

DATE FILED: June 3, 2019

CHAPTER: 13

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*7* – DEFICIENCY NOTICE to Ginger Judge Tew re: Petition. The petition is deficient as follows: The certificate of completion of a pre–petition credit counseling course was omitted for debtor. All deficiencies should be corrected by the date indicated. Failure to do so may result in the petition being dismissed or scheduled for a show cause hearing. Due by 6/10/2019. (Donnery, Erin)
Show Cause for failure to file Certificate of Credit Counseling

Ginger Judge Tew
1879 White Lake Drive
PMB 7261
Elizabethtown, NC 28337
910–990–1987

Joseph A. Bledsoe III
PO Box 1618
New Bern, NC 28563
252 633–0074

DATED: June 11, 2019